

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2018

No. 04-17-00529-CR & 04-17-00530

Zachary **SCHULTZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1592-CR-C & 16-1593-CR-CR
Honorable William Old, Judge Presiding

# O R D E R

After briefing in this appeal was completed, appellant filed a "Motion to Abate Appeal for Entry of Judgment Nunc Pro Tunc to Award Jail Credit in this Case, or Alternative Motion to Permit this Issue to be Raised in this Appeal on Whatever Terms this Court May Prescribe Pursuant to Tex. R. App. P. 38.7." We held the motion for ten days to see if the State would file a response. However, none was filed.

On appeal, in the brief already filed in this court, appellant argues, and the State concedes, that the trial court's judgment stacking the sentences in trial court No. 16-1593-CR-C is improper. In his motion, appellant states that he failed to raise error regarding the trial court's failure to include jail time credit in the nunc pro tunc judgment in trial court No. 16-1593-CR-C. He asks that we either abate to allow the trial court to render a nunc pro tunc judgment correcting the jail credit issue, that we permit appellant to file an amended or supplemental brief raising the issue, or that we sua sponte consider the issue. After review, we **GRANT** appellant's motion and **ORDER** that appellant may file a supplemental brief in this court raising only the issue of jail time credit relating to trial court No. 16-1593-CR-C. *See* TEX. R. APP. P. 38.7 (stating brief may be amended or supplemented whenever justice requires, on whatever reasonable terms court may prescribe). We **ORDER** that appellant file any supplemental brief in this court on or before **FEBRUARY 7, 2018.** *See id.* The State may file a supplemental responsive brief, and we **ORDER** any supplemental response brief by the State to be filed on or before **FEBRUARY 21, 2018. No extensions of time will be permitted.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court